IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YOLANDA M. WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 1:25-cv-197-RP |
| § | |
| COMMISIONER OF SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff Yolanda M. Williams's ("Plaintiff") Motion for Sanctions, (Dkt. 22). (R. & R., Dkt. 29). Plaintiff filed objections to the report and recommendation. (Objs., Dkt. 31).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected[1] to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (R. & R., Dkt. 29), is **ADOPTED**.

---

[1] Plaintiff's objections were received by the Court fifteen days after the magistrate judge issued his report and recommendation. Plaintiff filed a notice informing the Court she was late to file due to her housing and disability status. (Dkt. 33). The Court reviewed Plaintiff's objections, finding the one-day delay inconsequential.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions, (Dkt. 22), is **DENIED**.

**SIGNED** on September 10, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE