IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YOLANDA M WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-197-RP |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff Yolanda Williams's ("Plaintiff") appeal of the Commissioner of the Social Security Administration's ("Commissioner") denial of her application for social security disability benefits. (R. & R., Dkt. 37). Plaintiff timely filed objections. (Dkt. 39).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 37), is **ADOPTED** and the decision of the Commissioner is **AFFIRMED**.

1

The Court will enter final judgment by separate order.

**SIGNED** on January 15, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE